UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,                                 Case No. 1:13-cv-00163-RJJ

v.

JOHN DOE, et al.,

       Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: Paul J. Nicoletti

RE: Amended Complaint – #9 **[Exhibit B appears twice and no Exhibit C]**

REASON FOR NOTICE: Referenced attachments and/or exhibits are missing from the filing.

RECOMMENDED ACTION: Referenced attachments/exhibits should be electronically filed, with a reference back to the document they are in support of. Select the *Exhibit* event. For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                         TRACEY CORDES
                                         CLERK OF COURT

Dated: May 1, 2013         By: /s/ G. Frayer
                                      Deputy Clerk