UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>) |
|     Plaintiff, | )  Civil Action Case No. 1:13-cv-00163-RJJ<br>) |
| v. | )<br>) |
| DANIEL MCALVEY, | )<br>) |
|     Defendant. | )<br>) |

## NOTICE OF FILING EXHIBIT C TO THE AMENDED COMPLAINT

PLEASE TAKE NOTICE, Plaintiff Malibu Media, LLC, by and through undersigned counsel, hereby gives notice of filing the Exhibit "C" to the Amended Complaint [Dkt. 9] which was inadvertently omitted from the filing. Plaintiff apologizes to the court for any inconvenience this may have caused.

Dated: May 2, 2013

                                      NICOLETTI & ASSOCIATES, PLLC

                       By:   /s/ *Paul J. Nicoletti*
                               Paul J. Nicoletti, Esq. (P44419)
                               36880 Woodward Ave, Suite 100
                               Bloomfield Hills, MI 48304
                               Tel: (248) 203-7800
                               Fax: (248) 203-7801
                               E-Fax: (248) 928-7051
                               Email: paul@nicoletti-associates.com
                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on May 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                 By: /s/ *Paul J. Nicoletti*