**Expanded Surveillance of IP Address 68.60.97.160**

**ISP:** Comcast Cable
**Location:** Okemos, MI

| Hit Date  UTC | Filename |
|---|---|
| 02/03/2013 | X-Art - Working Out Together - Kristen [1080p].mov |
| 02/03/2013 | Mastering the Art of French Cooking.pdf |
| 02/03/2013 | Michael Connelly -2003- Mörkare än natten |
| 02/03/2013 | Seven Psychopaths (2012) [1080p] |
| 02/03/2013 | Skyfall (2012) |
| 02/03/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 01/31/2013 | BATMAN The Animated Series Complete |
| 01/28/2013 | Sammy s Adventures 2 {2012} R5 Xvid-Anarchy |
| 01/21/2013 | prnfle1258x.mov |
| 01/12/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/12/2013 | Die Zeit 2007 10.pdf |
| 01/12/2013 | Top.Guns.[720p].mkv |
| 01/11/2013 | Frankenweenie.2012.720p.BluRay.X264-BLOW (SilverTorrent) |
| 01/11/2013 | Hotel Transylvania (2012) |
| 01/08/2013 | The Bourne Legacy (2012) |
| 01/08/2013 | Dredd 2012 BluRay 720p DTS x264-3Li |
| 01/07/2013 | Exclusive Teen Porn - Amazing Teen Porn HD 720p |
| 01/07/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/05/2013 | Looper (2012) [1080p] |
| 12/30/2012 | 911.Wall.Street.Journal.pdf |
| 12/30/2012 | X-Art - Inside Perfection - Angelica [720p].mov |

EXHIBIT C

NWMI16

| Hit Date  UTC | Filename |
|---|---|
| 12/30/2012 | PD-21684 Toni Ribas and Jessie Rogers |
| 12/30/2012 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 12/26/2012 | The Good Wife Season 2 Complete |
| 12/26/2012 | Adventure Time Season 4 |
| 12/12/2012 | Paranorman (2012) |
| 12/12/2012 | Premium Rush (2012) |
| 12/09/2012 | The Walking Dead S03E07 Season 3 Episode 7 HDTV x264 [GlowGaze] |
| 12/09/2012 | Total Recall EXTENDED (2012) |
| 11/30/2012 | The Walking Dead Season 3 episode 1-6 |
| 11/30/2012 | The Walking Dead S03E06 Season 3 Episode 6 HDTV x264 [GlowGaze] |
| 11/21/2012 | The Amazing Spiderman (2012) [1080p] |
| 11/21/2012 | Brave.2012.720p.BluRay.x264-HDChina [PublicHD] |
| 11/21/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/18/2012 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 10/30/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 10/30/2012 | Get the Gringo (2012) HQ AC3 DD5.1 XVID (Externe Ned Subs)TBS |
| 10/30/2012 | SAVITA BHABHI 1-34 EPISODES COMPLETE An Adult Comics by {(ACF}} |
| 10/28/2012 | VELAMMA 1-19 EPISODES COMPLETE An Adult Comic by {(ACF}} |
| 10/28/2012 | Fullmetal ALchemist BrotherHood[Blu Ray] [Dual-Audio] |
| 10/28/2012 | X-Art - Young Passion - Baby [720p].mp4 |
| 10/27/2012 | Dark Shadows (2012) |
| 10/17/2012 | Agent Vinod - DVDRip - XviD - 1CDRip - [DDR] |
| 10/13/2012 | Jonah Hex (2010) [1080p] |
| 10/13/2012 | Prometheus (2012) [1080p] |
| 10/06/2012 | The Avengers (2012) [1080p] |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 10/05/2012 | Contraband 2011 DVDScr XviD AC3-CORE |
| 09/30/2012 | Battleship (2012) |
| 09/30/2012 | Snow White and the Huntsman EXTENDED (2012) [1080p] |
| 09/30/2012 | X-Art - Photo Fantasy - Maya [1080p].mov |
| 09/30/2012 | Curb Your Enthusiasm DVD Boxset + Extras Season 1, 2, 3, 4, 5, 6 and 7 DVDRip |
| 09/30/2012 | Men In Black 3 (2012) [1080p] |
| 09/30/2012 | {www.scenetime.com}The.Hunger.Games.2012.DVDRip.XviD-ViP3R |
| 09/27/2012 | Step Up Revolution 2012 English (DVDScr) Dual Audio - BHRG |
| 09/27/2012 | Half.Way.Home.XXX.BDRip.UP-tudormatador |
| 09/26/2012 | Ted 2012 BRRip XviD-IMDB |
| 09/25/2012 | Anonymous 2011 DVD SCR XviD-[Eng] |
| 09/24/2012 | [ www.Torrenting.com ] - This.Means.War.2012.UNRATED.BDRip.XviD-SPRiNTER |
| 09/21/2012 | Vengeance Total Dance Sounds Vol. 2 Vocals WAV - Activator.rar |
| 09/21/2012 | Brave 2012 [CaM] XviD-RAWNiTRO |
| 09/21/2012 | The.Big.Bang.Theory.5x15.La.contrattualizzazione.dell.amicizia.iTALiAN.DLMux.XviD-DarkSideMux.avi |
| 09/20/2012 | Cowboy Bebop |
| 09/16/2012 | Ice.Age.Continental.Drift.2012.TS.READNFO.XviD-BBnRG |
| 09/16/2012 | Alcatraz.S01E09.HDTV.XviD-REFiLL.[CryTV] |
| 09/16/2012 | Vikingarna_-_Baesta_Med_Stefan_Borsch_Och_Christer_Sjoegren-2CD-SE-2006-LzY |
| 09/15/2012 | Facebook Webcam Hacking Pro |
| 09/15/2012 | [Suika-Fansub] Jinrui wa Suitai Shimashita - 03 HD VOSTFR.mp4 |
| 09/15/2012 | X-Art - Threes Company - Caprice, Anneli [1080p].mp4 |
| 09/15/2012 | J. Cole - Cole World The Sideline Story [iTunes Deluxe Edition] |
| 09/15/2012 | Collegerules - Everybody's Fucking [720p].mp4 |
| 09/09/2012 | [ITASA]To.Love-RU.02.[54564DF2].mkv |

EXHIBIT C

NWMI16